AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
January 22, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CW_____
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| DEFENDANT: Jesus Elicio TAPIA-Colina | ) Case No. EP:25-m-00277-MAT |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __04/03/2024__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1325 (a) (1) | being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers. |

This criminal complaint is based on these facts:
See attachment.

☑ Continued on the attached sheet.

Complaint sworn to telephonically on __January 22, 2025__ at __02:15 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

_____
*Complainant's signature*

Albert S. Flores, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __01/22/2025__

_____
*Judge's signature*

City and state: __El Paso, Texas__    Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Defendant: TAPIA-Colina, Jesus Elicio

PEPT#

01/22/2025

FACTS    (CONTINUED)
The DEFENDANT, Jesus Elicio TAPIA-Colina, an alien to the United States and a citizen of Venezuela, illegally entered the United States from the Republic of Mexico on April 3, 2024. A Border Patrol Agent encountered the subject approximately 3.1 miles east of the Bridge of the Americas Port of Entry in the El Paso, TX Border Patrol Sector. The Agent determined the subject had unlawfully entered the United States from Mexico, at a time and place other than as designated by the Secretary of the Department of Homeland Security of the United States. After determining that the subject was an undocumented non-citizen who illegal entered the United States, the subject was arrested and transported to the El Paso Central Processing Cente El Paso Hardened Facility in El Paso, Texas for further processing using the E3/IDENT and IAFIS Systems.

On May 23, 2024, TAPIA-Colina was arrested by the St. Louis Metropolitan Police for Unlawful use of a Weapon (571.030-010Y20205229.0) Felony and Assault 4th Degree (565.056-004y20201399.0) Misdemeanor.

The DEFENDANT was transferred back to the United States Border Patrol and was determined to be amenable to 8 USC 1325, entry without inspection at a time or place other than a designated port of entry.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
NONE

Criminal History:
05/23/24, ST. LOUIS, MO, UNLAWFUL USE OF A WEAPON, (F), ACC, UNKNOWN
05/23/24, ST. LOUIS, MO, ASSAULT 4TH DEGREE, (M), ACC, UNKNOWN